**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 13-14059 |
|---|---|---|
| | § | |
| ALEX P. MARUSARZ | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $49,000.00 |
| Total Distributions to Claimants: | $2,878.80 | Claims Discharged Without Payment: | $233,067.71 |
| Total Expenses of Administration: | $1,021.20 | | |

3) Total gross receipts of $3,900.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,900.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,021.20 | $1,021.20 | $1,021.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $100,000.00 | $235,946.51 | $235,946.51 | $2,878.80 |
| **Total Disbursements** | $100,000.00 | $236,967.71 | $236,967.71 | $3,900.00 |

4). This case was originally filed under chapter 7 on 04/04/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2014          By:   /s/ Horace Fox, Jr.
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking and savings accounts | 1229-000 | $3,900.00 |
| **TOTAL GROSS RECEIPTS** | | $3,900.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $975.00 | $975.00 | $975.00 |
| Green Bank | 2600-000 | NA | $46.20 | $46.20 | $46.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,021.20 | $1,021.20 | $1,021.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sharon Kelly | 7100-000 | $100,000.00 | $235,946.51 | $235,946.51 | $2,878.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $100,000.00 | $235,946.51 | $235,946.51 | $2,878.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 13-14059 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MARUSARZ, ALEX P. | | Date Filed (f) or Converted (c): | 04/04/2013 (f) |
| For the Period Ending: | 7/18/2014 | | §341(a) Meeting Date: | 05/28/2013 |
| | | | Claims Bar Date: | 09/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking and savings accounts | $7,700.00 | $3,900.00 | | $3,900.00 | FA |
| 2  miscellaneous | $200.00 | $0.00 | | $0.00 | FA |
| 3  Miscellaneous | $200.00 | $0.00 | | $0.00 | FA |
| 4  Rom IRA | $38,000.00 | $0.00 | | $0.00 | FA |
| 5  SEP IRA | $6,800.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**
                                       $52,900.00            $3,900.00                                   $3,900.00                                    $0.00

**Major Activities affecting case closing:**

Spoke to Mr. McLetchie, to whom I sent the check. He sent me a release wondering whether he can accept the check ( his stay motion was denied and he has settled for the policy limit. His letter has not arrived. 5.12.14

The check written to the creditor who moved to Austrailia, is stale now, however, I instructed him to instruct his client to deposit the check. Call bank to see if it cleared. 6.30.14

6.30.14 statement shows zero balance, do final account. 7.7.14
One claim has been filed (several bills from plaintiff in personal injury).9.12.13

Emailed accountant re whether taxes return necessary. 10.25.13

No claim objection necessary, do we need motion approving.12.28.13

No tax return necessary and trustee fees completed. 1.03.2014

Final report up in court 3.12.14, 10:00, 744.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 13-14059 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MARUSARZ, ALEX P. | Date Filed (f) or Converted (c): | 04/04/2013 (f) |
| For the Period Ending: | 7/18/2014 | §341(a) Meeting Date: | 05/28/2013 |
|  |  | Claims Bar Date: | 09/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Motion to modify to proceed with personal injury claim continued 6.12.13 to determine how much of an asset case this is: 3900.00 is the only asset that there is. 6.7.13

Received documents requested by myself and attorney for plaintiff in pi case. Examined them, there does not seem to be any additional asset. 6.11.13

Motion to modify to allow pi case to continue, where movant did not limit recovery to insurance denied. 6.12.13

Cont 341 to 8.19.13 for creditor questions.

Motion by pi plaintiff to modify, recovery limited to policy limit, set 8.20.13.

**Initial Projected Date Of Final Report (TFR):** 06/30/2014    **Current Projected Date Of Final Report (TFR):** 11/30/2014    /s/ HORACE FOX, JR.
HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-14059 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MARUSARZ, ALEX P. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2100 | | Checking Acct #: | ******5901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/4/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/18/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2013 | (1) | Alex P. Marusarz | Debtors checking account | 1229-000 | $3,900.00 | | $3,900.00 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.45 | $3,896.55 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.67 | $3,890.88 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.27 | $3,884.61 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.67 | $3,877.94 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.65 | $3,872.29 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.24 | $3,866.05 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,859.82 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.02 | $3,853.80 |
| 03/12/2014 | 5001 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $975.00 | $2,878.80 |
| 03/12/2014 | 5002 | Sharon Kelly | Final Account Number: ; Claim #: 1; Dividend: 74.70; Amount Allowed: 235,946.51; | 7100-000 | | $2,878.80 | $0.00 |

| | | | | TOTALS: | $3,900.00 | $3,900.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | | Subtotal | $3,900.00 | $3,900.00 | |
| | | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | | Net | $3,900.00 | $3,900.00 | |

| For the period of 4/4/2013 to 7/18/2014 | | For the entire history of the account between 05/15/2013 to 7/18/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,900.00 | Total Compensable Receipts: | $3,900.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,900.00 | Total Comp/Non Comp Receipts: | $3,900.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,900.00 | Total Compensable Disbursements: | $3,900.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,900.00 | Total Comp/Non Comp Disbursements: | $3,900.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** 13-14059 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** MARUSARZ, ALEX P. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** **-***2100 | **Checking Acct #:** ******5901 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** |
| **For Period Beginning:** 4/4/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** 7/18/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,900.00 | $3,900.00 | $0.00 |

**For the period of 4/4/2013 to 7/18/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $3,900.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,900.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,900.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,900.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/04/2013 to 7/18/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $3,900.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,900.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,900.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,900.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.